STATE OF CONNECTICUT *v.* SCOTT TYRONE ANDREWS

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 533 (AC 10597), is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided January 6, 1993

FDIC AS RECEIVER FOR THE NEW CONNECTICUT BANK AND TRUST COMPANY, N.A. *v.* NAPERT-BOYER PARTNERSHIP ET AL.

The defendant George K. Boyer's petition for certification for appeal from the Appellate Court, 29 Conn. App. 901 (AC 11132), is denied.

*Raymond L. Baribeault, Jr.,* in support of the petition.

*Walter E. Paulekas,* in opposition.

Decided January 6, 1993